# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RICKEY C. WILSON, | § | |
| *Plaintiff*, | § | |
| vs. | § | CASE NO. 2:13-CV-988-JRG |
| ANDRITZ SEPARATION, INC., | § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff Rickey C. Wilson and Defendant Andritz Separation Inc.'s Agreed Motion to Stay Proceedings to Finalize Settlement. After consideration of said motion, the Court is of the opinion that it should be **GRANTED**.

It is therefore **ORDERED** that the Agreed Motion to Stay Proceedings is **GRANTED** and the case is stayed for thirty days, or until July 7, 2014, pending finalization of the settlement documents. In the event that the parties are unable to finalize the settlement of this case, the Court further **ORDERS** the parties to appear, in person, at a hearing on **July 8, 2014** at 1:30 PM, at the Sam B. Hall Jr. Federal Building and United States Courthouse, 100 East Houston Street, Marshall, Texas 75670.

**So ORDERED and SIGNED this 4th day of June, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE