# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RICKEY C. WILSON | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. 2:13-CV-988-JRG |
| | § | |
| ANDRITZ SEPARATION, INC., | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Rickey C. Wilson ("Plaintiff") and Defendant Andritz Separation Inc. ("Defendant") file this Joint Motion to Dismiss with Prejudice.

## DISMISSAL WITH PREJUDICE

Plaintiff and Defendant respectfully request that all claims in dispute between Plaintiff and Defendant be dismissed with prejudice to refiling. All attorneys' fees and costs will be borne by the party incurring same.

## PRAYER

WHEREFORE, Plaintiff and Defendant pray that this Motion be granted and that all claims in dispute between Plaintiff Rickey C. Wilson and Defendant Andritz Separation Inc. be dismissed with prejudice to refiling.

[Signatures on next page]

Respectfully submitted,

*/s/ Matthew R. Patton, IV* (by permission DKH)
**Matthew R. Patton, IV**
State Bar No. 24002736
matthewp@etex.net
P.O. Box 1110
Gilmer, Texas 75644
903.843.3029 (Telephone)
903.680.0163 (Facsimile)

**ATTORNEY FOR PLAINTIFF
RICKEY C. WILSON**

- and -

*/s/ Danielle K. Herring*
**Danielle K. Herring (Lead Attorney)**
State Bar No. 24041281
dherring@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

*Of Counsel*:

**Jonathan A. Sprague**
State Bar No. 24075113
jsprague@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

**S. Calvin Capshaw, III**
State Bar No. 03783900
ccapshaw@capshawlaw.com
**Elizabeth L. DeRieux**
State Bar No. 05770585
ederieux@capshawlaw.com
**D. Jeffrey Rambin**
State Bar No. 00791478
jrambin@capshawlaw.com

2

>CAPSHAW DERIEUX, L.L.P.
>114 East Commerce Avenue
>Gladewater, Texas  75647
>903.236.9800 (Telephone)
>903.236.8787 (Facsimile)
>
>**ATTORNEYS FOR DEFENDANT ANDRITZ SEPARATION INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2014, a true and correct copy of the foregoing Joint Motion to Dismiss with Prejudice was filed using the Court's CM/ECF system which sent notice electronically to the following counsel of record:

>Matthew R. Patton, IV
>P.O. Box 1110
>Gilmer, Texas 75644

>>*/s/ Danielle K. Herring*
>>Danielle K. Herring

Firmwide:127823244.1 049913.1027