IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RICKEY C. WILSON | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | CASE NO. 2:13-CV-988-JRG |
| | § | |
| ANDRITZ SEPARATION, INC., | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § | |

## ORDER

On this day, the Court considered the Joint Motion to Dismiss with Prejudice. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED.

IT IS FURTHER ORDERED that all claims in dispute between Plaintiff Rickey C. Wilson and Defendant Andritz Separation Inc. be dismissed with prejudice to refiling. All attorneys' fees and costs will be borne by the party incurring same.

So Ordered and Signed on this

**Jul 15, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE